WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Erik Lucas Larson,<br><br>    Defendant. | No.  CR16-08012-002-PCT-PGR<br><br>**RELEASE AND TRANSPORTATION ORDER** |

  The defendant Erik Lucas Larson having qualified for pretrial release and placement at Crossroads.

  IT IS HEREBY ORDERED that the United States Marshal transport defendant to the Sandra Day O'Connor Courthouse on Wednesday, February 24, 2016 for release to the custody of Crossroads.  A bag and baggage hearing before the Court will **not** be required.  The defendant shall reside pretrial at said facility as previously ordered by the Court.

  Dated this 11th day of February, 2016.

                   Honorable Deborah M. Fine
                   United States Magistrate Judge